

FILED
5/11/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **1:21-CR-00302** |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Sections 1591(a), |
| | ) | (b)(1), (b)(2), (c), and (d); |
| HARDY LEE BROWNER | ) | 1594(a); and 2422(b) |
| | ) | |

**JUDGE KENDALL**
**MAGISTRATE JUDGE GILBERT**

### COUNT ONE

The SPECIAL NOVEMBER 2019 GRAND JURY charges:

Beginning in or around April 2019 and continuing until on or about January 3, 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

HARDY LEE BROWNER,

defendant herein, in and affecting interstate commerce, knowingly attempted to recruit, entice, transport, provide, obtain, and solicit by any means a person, namely, Minor A, a person who had not attained the age of 14 years at the beginning of such offense, knowing and in reckless disregard of the fact that Minor A had not attained the age of 18 years and would be caused to engage in a commercial sex act, and where BROWNER had reasonable opportunity to observe Minor A;

In violation of Title 18, United States Code, Sections 1591(a), (b)(1), (b)(2), and (c) and 1594(a).

1

## COUNT TWO

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

On or about January 2, 2020, in the Northern District of Illinois, Eastern Division, and elsewhere,

HARDY LEE BROWNER,

defendant herein, did knowingly obstruct, attempt to obstruct, interfere with and prevent the enforcement of the sex trafficking statute, Title 18, United States Code Section 1591(a), in that BROWNER deactivated the Instagram account he used to communicate with Minor A;

In violation of Title 18, United States Code, Section 1591(d).

## COUNT THREE

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

On or about December 17, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

HARDY LEE BROWNER,

defendant herein, using a facility and means of interstate commerce, knowingly persuaded, induced, and enticed any individual who had not attained the age of 18 years, namely Minor A, to engage in sexual activity for which any person can be charged with a criminal offense, namely, aggravated criminal sexual abuse in violation of Title 720, Illinois Compiled Statutes 5/11-1.60(d);

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Timothy J. Storino on behalf of the
UNITED STATES ATTORNEY

3