Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | *[signature]* |
|---|---|---|---|
| **CASE NUMBER** | 20 GJ 00185 | **DATE** | MAY 11, 2021 |
| **CASE TITLE** | U.S. v. HARDY LEE BROWNER | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for  SPECIAL NOVEMBER 2019  the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge  *[signature]*

DETENTION ORDER PREVIOUSLY ISSUED IN 20-CR-00299 TO STAND.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                              UNDER SEAL)

Courtroom Deputy Initials: YS

Page 1 of 1



FILED  CP
5/11/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT